[No. 37119-7-II. Division Two. March 10, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. KRISTINNA DAWN WHITT, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-01143-4, Richard A. Strophy, J., entered November 5, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

[No. 37271-1-II. Division Two. March 10, 2009.]

*In the Matter of the Marriage of* MICHELE L. SNYDER, *Appellant*, and MITCHELL H. SNYDER, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-3-01454-5, John Jarrett, J. Pro Tem., entered January 3, 2008. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 37324-6-II. Division Two. March 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON DEMITRIS DUKES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-04441-0, Kitty-Ann van Doorninck, J., entered January 25, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Hunt, JJ.

[No. 26462-9-III. Division Three. March 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL ROSS HUWE, *Appellant*.

Appeal from a judgment of the Superior Court for Columbia County, No. 02-1-00022-9, William D. Acey, J., entered August 30, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.